DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICIA TREJO,**
Appellant,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY,**
Appellee.

No. 4D22-856

[April 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ryan Kerner, Judge; L.T. Case No. 502018CA015224XXXXMB-AN.

Lisa Paige Glass of Glass Law Office, P.A., Boca Raton, and Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellant.

Sean Fahey and V. Danielle Williams, Office of General Counsel for the School Board of Palm Beach County, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***